[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-12564

_____

D. C. Docket No. 05-00126-CV-WCO-2

GEORGE HEALD,
HAROLD BARRETT,
BARRETT HEALD PARTNERSHIP,

Plaintiffs-Appellants,

versus

QWEST COMMUNICATIONS CORPORATION,

Defendant,

NORFOLK SOUTHERN RAILWAY COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(December 27, 2006)**

Before BIRCH and PRYOR, Circuit Judges, and NANGLE,[*] District Judge.

PER CURIAM:

Having carefully reviewed the briefs of the parties and record in this case and having entertained oral argument, we can discern no reversible error in this case. Accordingly, we **AFFIRM** the judgment of the district court.

---

[*]Honorable John F. Nangle, United States District Judge for the Eastern District of Missouri, sitting by designation.